IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

REBA GAIL CLELAND, and
TERRY W. CLELAND,

    Plaintiffs,

v.

                    CV 514-076

DOLGENCORP, LLC, d/b/a
Dollar General,

    Defendant.

**O R D E R**

Presently before the Court is the parties' joint motion for approval of their Fair Labor Standards Act ("FLSA") settlement agreement. This Court denied a previous settlement agreement because it released Defendant from liabilities not stemming from Plaintiff's FLSA claim. After reading the parties' revised settlement agreement, the Court finds that the new language of release relates only to Plaintiff's FLSA claim and that it is not impermissibly pervasive. Thus, the Court **GRANTS** the parties' motion and **APPROVES** the settlement agreement. (Doc. 68.) Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's FLSA

claim against Defendant. Because the FLSA claim is the last remaining claim in this case, the Clerk is instructed to **CLOSE** this case and **TERMINATE** all deadlines.

**ORDER ENTERED** at Augusta, Georgia this 19th day of April, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA